## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-341 |
| | ) | |
| DEAMONTE LAW, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Defendant's Motion (Doc. 50) to Dismiss his charge under 18 U.S.C. § 922(g)(1), based on <u>New York State Rifle & Pistol Association, Inc. v. Bruen</u>, 142 S. Ct. 2111 (Jun. 23, 2022), will be denied.  This Court joins the legion of others, from around the country, rejecting constitutional challenges to Section 922(g)(1) under *Bruen*.  The District Court for the Middle District of Pennsylvania, in <u>U.S. v. Minter</u>, 2022 WL 10662252 (M.D. Pa. Oct. 18, 2022), recently provided a concise, but thorough, summary of the appropriate analyses, and it cites many of the other decisions reaching the same conclusion.  This Court will not attempt to improve on the reasoning in <u>Minter</u>, and that court's analyses are incorporated by reference.

Although Defendant makes passing reference to an "as applied" challenge, to the extent that one still exists, he has made no effort to demonstrate why one would be appropriate in this case.  *See* <u>Minter</u> at *7 n.9 (holding same under analogous circumstances).

Accordingly, Defendant's Motion (**Doc. 50**) to Dismiss is **DENIED**.  This case otherwise being trial-ready, and consistent with the previous Final Pretrial Order (Doc. 44), the Court will schedule a two-day jury trial, to commence **<u>December 21, 2022</u>**.  Contemporaneously herewith,

the Court will enter an amended pretrial order resetting the unexpired/remaining deadlines in the original FPTO.

IT IS SO ORDERED.


October 27, 2022                                    s\Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States District Judge

cc (via ECF email notification):

All Counsel of Record